**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

GURNAM SINGH,                                              )
                                                                        )
      Petitioner,                                      )
                                                                        )
v.                                                                      )     Case No.:  4:19-cv-00270-ACA-JHE
                                                                        )
SECRETARY OF HOMELAND                          )
SECURITY, et al.,                                         )
                                                                        )
      Respondents.                                  )

**MEMORANDUM OPINION**

On July 8, 2019, the magistrate judge entered a report and recommendation (doc. 10), recommending that the court grant Respondents' motion to dismiss the petition as moot (doc. 9), and dismiss Petitioner Gurnam Singh's petition for writ of habeas corpus without prejudice. Mr. Singh did not file any objections.

Having considered the entire file in this action, together with the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.  The court **WILL DISMISS** the petition for writ of habeas corpus **WITHOUT PREJUDICE**.

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this July 30, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE